In the Matter of the Claim of ELIZABETH M. LYONS, on Behalf of Herself and Another, an Infant, Respondent, against U. S. O. CAMP SHOWS, INC., et al., Appellants. WORKMEN'S COMPENSATION BOARD, Respondent.

Submitted January 12, 1949; decided March 3, 1949.

*Jeremiah F. Connor* and *George A. Garvey* for appellants.

*Nathaniel L. Goldstein, Attorney-General* (*Gilbert M. Landy, Wendell P. Brown* and *Roy Wiedersum* of counsel), for Workmen's Compensation Board, respondent.

Order affirmed, with costs, upon the ground that there is evidence to support the finding of the board that at the time of the accident, claimant's intestate had returned to his employment, and was in the course thereof. No opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE and FULD, JJ.